AUSA O'Malley

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 SEP 27 P 3:57
CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edgar Daniel MAZARIETGOS-Cifuentes, | ) | Case No. 12-4317 JKS |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

I, Edward Kelly, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), presently assigned to the Human Trafficking Group located at the Custom House, Baltimore, Maryland. I have been employed with ICE since March 2003. I was employed as Special Agent with the Immigration and Naturalization Service from May 2002 to March 2003. I was an Immigration Enforcement Agent with the Immigration and Naturalization Service from February 2001 to May 2002. I was a U.S. Border Patrol Agent with the Immigration and Naturalization Service from July 1997 to February 2001. I have graduated the U.S. Border Patrol Academy at Charleston, South Carolina and the Criminal Investigators Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia.

2. The facts set forth in this affidavit come from my personal observations and information obtained from other agents and witnesses, as well as my training and experience. This affidavit is presented in support of an application for a complaint and arrest warrant for Edgar Daniel MAZARIEGOS-Cifuentes ("MAZARIEGOS"), and is intended to show that there is sufficient probable cause to believe that MAZRIEGOS has violated 18 U.S. C. § 2423(a) (transportation with intent to engage in criminal sexual activity), and does not set forth all of my knowledge about this matter.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to affect arrests and execute warrants issued under the authority of the United States.

4. On August 25, 2012, HSI along with the Maryland State Police (MSP) Child Recovery Unit located a 15-year-old female juvenile[1] in Silver Spring, MD. The juvenile had been reported missing from New York by her parents on August 15, 2012 and was reportedly travelling with a 40-year-old male identified as Edgar Daniel MAZARIEGOS-Cifuentes ("MAZARIEGOS").

5. HSI and MSP located MAZARIEGOS and the juvenile at 14220 Weeping Willow Drive, Apt. 13, Silver Spring, MD, where they were renting a room in an apartment occupied by another family. It was

---

[1] "Juvenile" is used in place of the real name of the 15-year-old victim in this case whose initials are M.S. in order to protect the identity of the victim.

determined that MAZARIEGOS was not lawfully present in the United States. He was arrested for violations of INA Section 212(A)(6)(a)(i) and taken into immigration custody. The juvenile was reunited with her mother.

6. The juvenile was interviewed by HSI and MSP prior to leaving Maryland to return home to New York. She initially indicated that on at least two occasions in Maryland, she and MAZARIEGOS engaged in unprotected sexual intercourse. The juvenile explained that at the end of the sexual intercourse, MAZARIEGOS would ejaculate into toilet paper. HSI observed a roll of toilet paper on the air mattress in the room where the juvenile and MAZARIEGOS were staying. Residents of the apartment also indicated that there was toilet paper in the trash can inside the room even though MAZARIEGOS and the juvenile had a private bathroom with a trashcan.

7. On August 28, 2012, the juvenile was interviewed by the Village of Monroe, NY Police Department. At that point, the juvenile further disclosed that on August 13, 2012, the juvenile had an argument with her mother. The juvenile indicated that she called MAZARIEGOS, who was a family friend, and told him that she did not want to be at her house anymore. The juvenile reported that MAZARIEGOS came to pick up the juvenile and she told him that she wanted to go to her uncle's house in Boston. The juvenile reported that MAZARIEGOS instead took her to Silver Spring, Maryland and took her phone away from her so she could not call home.

8. The juvenile explained that on August 14, 2012, MAZARIEGOS got the two of them a room at the Comfort Inn in Silver Spring, MD. She indicated that MAZARIEGOS got on top of her while she was lying in bed and took her clothes off. The juvenile indicated that she tried stopping him, but he kept pushing her down. She stated that he forced her legs open and forced intercourse on her. Records obtained from the Comfort Inn confirm that Mazariegos checked into the hotel on the evening of August 14 and checked out on the morning of August 15.

9. The juvenile explained that on August 15, 2012, MAZARIEGOS told her that he found them an apartment in Silver Spring, MD. They moved into the apartment the same day. The juvenile reported that MAZARIEGOS engaged in sexual intercourse with her on a number of occasions during the ten days they stayed at the apartment. The juvenile told the Village of Monroe, NY Police that she had told HSI and MSP that she and MAZARIEGOS had only had sex twice while they were in Maryland, but she indicated that it was actually five or six times.

10. The family that rented the room in Silver Spring, Maryland to MAZARIEGOS, indicated that MAZARIEGOS and the juvenile slept in the same room together every night and presented themselves as a couple. The family also stated that MAZARIEGOS paid them $250.00 to rent the room for the remaining days of August 2012 and asked them if they wanted him to pay $500.00 for the month of September 2012 up front.

11. On September 7, 2012, a Spanish speaking HSI Special Agent and another Special Agent from the human trafficking unit requested an interview with MAZARIEGOS at the Howard County Department of Corrections, where he is currently detained in immigration custody. MAZARIEGOS was read his *Miranda* warnings, agreed to waive his *Miranda* Rights in writing, and agreed to be interviewed. MAZARIEGOS admitted to driving the juvenile to Silver Spring, MD and staying at a Comfort Inn the

first night. He indicated that the next day they moved into a room in an apartment in Silver Spring, MD. MAZARIEGOS admitted to sleeping in the same room and same bed as the juvenile. MAZARIEGOS also stated that he and the juvenile may have had sex.

12. During the execution of a state search warrant at MAZARIEGOS's apartment in New York on August 23, 2012, detectives found several photographs of the juvenile in MAZARIEGO'S underwear drawer in his bedroom. Detectives also discovered messages on the juvenile's Facebook page between MAZARIEGOS and the juvenile.

13. Based upon the foregoing, I respectfully request that this Court issue an arrest warrant for Edgar Daniel MAZARIEGOS-Cifuentes for the charge of transportation with intent to engage in criminal sexual activity in violation of 18 U.S. C. § 2423(a).

Edward Kelly, Special Agent
Immigration and Customs Enforcement
Homeland Security Investigations (HSI)
Department of Homeland Security

Subscribed and sworn to before me this 27th day of September, 2012.

Honorable Jillyn K. Schulze
United States Magistrate Judge