KNO: USAO 2012R00632

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED ENTERED
LOGGED RECEIVED

OCT 15 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** |
| | * | |
| **EDGAR DANIEL MAZARIEGOS-CIFUENTES,** | * | **(Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a))** |
| | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

AW 12 CR 0543

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about August 14, 2012, in the District of Maryland and elsewhere, the defendant,

**EDGAR DANIEL MAZARIEGOS-CIFUENTES,**

did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, including but not limited to Maryland Criminal Law 3-307, sexual offense in the third degree.

18 U.S.C. § 2423(a)

Rod J. Rosenstein /KO
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: October 15, 2012